UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FLINNER,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden of San Quentin Prison,<br><br>    Respondent. | No. C-13-80154 MISC EMC<br><br>**DEATH PENALTY CASE**<br><br>**ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA** |

Petitioner was convicted and sentenced to death in San Diego Superior Court. *See People v. Flinner*, No. S123813 (Cal. filed Mar. 29, 2004). This capital habeas action therefore should be heard in the Southern District of California. N.D. Cal. Habeas L.R. 2254-22(a); S.D. Cal. Civ. L.R. HC.3(f). Accordingly, this action is hereby transferred to the District Court for the Southern District of California. "The Clerk immediately shall advise the Clerk of Court" of the Southern District. N.D. Cal. Habeas L.R. 2254-22(c).

IT IS SO ORDERED.

Dated: July 22, 2013

_____
EDWARD M. CHEN
United States District Judge